UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF:
USPS Mail Parcel identified
by tracking # 9405536897846272879465

Case No. 1:20-mj-03

addressed to:

TONY OWENS
1104 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

## AFFIDAVIT

I, Jedidiah Hutchison, being duly sworn, hereby depose and say:

1. I am a Postal Inspector with the United States Postal Inspection Service. I have been employed in this capacity since 2010. I am currently assigned to the United States Postal Inspection Service Office in Chattanooga, Tennessee. I am responsible for investigating crimes involving the United States Postal Service (USPS), its employees, and its customers. These crimes include but are not limited to employee assaults, mail fraud, mail theft, identity theft, and prohibited mailings including child pornography and illegal narcotics.

2. I am a Law Enforcement Officer under the authority of Title 18, United States Code, Section 3061. As such, I am authorized to make arrests with or without warrants for offenses made in my presence or when I have reasonable grounds to believe the person has committed or is committing a felony against the United States. I am also authorized under this statute to carry firearms and make seizures of property as provided by law.

3. From my training and experience, I know that the United States Postal Service is frequently used to transport illegal narcotics to areas throughout the United States. I am also aware that the United States Postal Service is used to send the proceeds relating to narcotics

Page 1 of 5

Case 1:20-mj-00003-CHS   Document 3   Filed 01/08/20   Page 1 of 9   PageID #: 3

distribution back to the narcotics source of supply. I also know that the reason drug traffickers use the United States Mail to ship controlled substances and their proceeds is because of the speed and protection afforded the United States Mail.

4. Title 21, United States Code, Section 841 makes it an offense for any person to manufacture, distribute, or possess with intent to manufacture or distribute, a controlled substance. Title 21, United States Code, Section 843(b) makes it an offense for any person knowingly or intentionally to use any communication facility in committing or in causing to facilitate the commission of any act or acts constituting a felony under any provisions of Subchapter I or Subchapter II of the Drug Abuse Prevention and Control Act. Title 21, United States Code, Section 846 makes it an offense to conspire to commit an offense set out in Title 21. Under Title 18 United States Code, Section 1342 makes it illegal to receive mail matter or parcels addressed to fictitious names while carrying on unlawful business.

5. To combat the distribution of illegal narcotics and their proceeds, certain investigative techniques are utilized by Postal Inspectors. What follows is not meant to set forth all exhaustive investigative knowledge of this case or investigative techniques used, but only those facts necessary in order to establish probable cause.

## RELEVANT FACTS

6. On January 8, 2020, your affiant intercepted a parcel addressed as follows:

FROM:

PETTAWAY LOGISTICS
1701 E 113TH ST
LOS ANGELES, CA 90059

TO:

TONY OWENS
1104 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

7. The reasons I believe the above parcel contains illegal narcotics include, but are not limited to the following factors:

8. The sender, "Pettaway Logistics" in Los Angeles has recently sent parcels addressed to "Tony Owens" at separate addresses: 705 Shady Drive and 2202 E 12th St, both in Chattanooga. Narcotics traffickers will frequently "split" shipments to multiple addresses in case one of the parcels is intercepted by law enforcement. In that event, the recipient will likely at least receive a portion of their order.

9. The delivery address, 1104 N Orchard Knob, in Chattanooga, has received at least 15 parcels from Los Angeles, California, during the last year. Los Angeles is known as a "source city" for illegal narcotics, as a significant number of intercepted parcels containing illicit narcotics originate from Los Angeles.

10. In addition to the above mentioned USPS parcel containing a tracking number ending in 9465 two other parcels were mailed at the same time from the same sender, also addressed to "Tony Owens." One is a USPS parcel also addressed to 1104 N Orchard Knob in Chattanooga with a tracking number ending in 9656. A third parcel is addressed to 3711 Grace Ave. in Chattanooga. This is once again indicative of splitting narcotics shipments.

11. On January 8, 2019, I met with K-9 Drug Detector Dog Unit Officer Rich Thomas and his K-9 "Marci." K-9 Marci conducted exterior examinations of the above parcel along with three (3) other parcels of similar size and weight. I was present when the parcels were presented to K-9 Marci by her handler, Officer Thomas. Officer Thomas informed me that K-9 Marci demonstrated a positive alert and indication on the parcel bearing the above address (i.e., the parcel that is the object of the applied-for warrant).

12. I have been advised of the qualifications of the K-9 handler and his narcotics detector canine. K-9 Marci is trained to detect the odor of illegal narcotics including but not limited to marijuana, cocaine, heroin, and methamphetamine. K-9 Marci and Officer Thomas have met standards set forth by the United States Police Canine Association and are certified as a K9 unit by the Tennessee Highway Patrol. For approximately five years, K-9 Marci and Officer Thomas have completed bi-monthly training sessions, including K-9 drug detection techniques, handling and handler-dog communication. Additionally, K-9 Marci and Officer Thomas engage in a minimum of at least 16 hours per month of training in drug detection techniques, handling, and handler-dog communication. K-9 Marci has been in service for approximately five years, during which time, she has proven reliable in detecting narcotics odor, including the odor of marijuana, cocaine, heroin, and methamphetamine.

13. Based on the facts set forth in this affidavit, I believe there is probable cause to believe that the above mentioned parcel contains controlled substances, currency, paraphernalia, or other evidence that relates to trafficking of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the U.S. Mails, to facilitate the distribution of a controlled substance).

14. The subject parcel has been maintained unopened in my custody pending application for a search warrant.

15. Because this application and affidavit relate to an ongoing investigation that is currently covert, immediate notification of execution of this warrant is likely to seriously jeopardize that ongoing investigation. As discussed above, it is not readily clear that the return address on this parcel accurately identifies its sender such that the individual or entity is

amenable to notification. Regardless, disclosure of this search warrant at this stage would present targets an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. Accordingly, your affiant requests delayed notification for a period of 30 days, up to and including February 7, 2020.

FURTHER AFFIANT SAYETH NOT.

Jedidiah Hutchison
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me this 8th day of January, 2020

Hon. Christopher H. Steger
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF:
USPS Mail Parcel identified
by tracking # 9405536897846272879465

Case No. 1:20-mj-03

addressed to:

TONY OWENS
1104 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

## ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

USPS Mail Parcel identified by tracking # 9405536897846272879465 addressed to:

TONY OWENS
1104 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

that is now in the custody of the United States Postal Inspection Service in Chattanooga, Tennessee.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF:
USPS Mail Parcel identified
by tracking # 9405536897846272879465

Case No. 1:20-mj-03

addressed to:

TONY OWENS
1104 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

## ATTACHMENT B

### LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

1. One US Mail Parcel described above.

2. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

3. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

4. Letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

5. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity,

substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

6. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material;

7. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

8. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

9. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Mail Parcel ending in 9465 addressed to:<br>TONY OWENS<br>1104 N ORCHARD KNOB AVE, CHATTANOOGA | ) ) ) ) ) ) Case No. 1:20-mj- 03 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein

located in the \_\_\_\_Eastern\_\_\_\_ District of \_\_\_\_Tennessee\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846. | Distribution / conspiracy to distribute a controlled substance; Using a communication facility in facilitating the commission of a felony. |

The application is based on these facts:
See attached affidavit of Postal Inspector Jedidiah Hutchison, United States Postal Inspection Service.

- ☒ Continued on the attached sheet.
- ☒ Delayed notice of 30 days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jedidiah Hutchison, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/8/2020

*Judge's signature*

City and state: Chattanooga, Tennessee     Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*